**Order entered March 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00575-CV

**FELIPE CARDONA, Appellant**

**V.**

**SIMMONS ESTATE HOMES I, LP, ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05101-F**

## ORDER

Before the Court is appellees' February 26, 2015, agreed joint motion to extend time to file briefs. We **GRANT** the motion and **ORDER** appellees to file their briefs no later than April 10, 2015.

/s/    CRAIG STODDART
         JUSTICE